IT IS SO ORDERED.

Dated: July 26, 2013
     04:01:07 PM

_Kay Woods_
Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-40435-KW |
| | ) | |
| CARL AUSTIN BARNETT | ) | |
| LYNDA KAY BARNETT | ) | JUDGE KAY WOODS |
| | ) | |
| Debtors | ) | CHAPTER 7 |

### ORDER ON TRUSTEE'S OBJECTION TO EXEMPTION

This matter is before the Court on the Trustee's objection to a certain exemption claimed by the Debtors using the exemption statute O.R.C. §2329.66(A)(1) relating to a certain real estate located at 5386 Jimtown Road, East Palestine, Ohio in Schedule "C" of their bankruptcy schedules (the "Objection"). Based upon the information contained in the Objection, the Court FINDS and it is **ORDERED** as follows:

The Trustee's objection to the exemption statute O.R.C. §2329.66(A)(1) claimed by the Debtors relating to certain real estate located at 5386 Jimtown Road, East Palestine, Ohio is sustained.

**IT IS SO ORDERED.**

                                                                                      ###

Submitted by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 7 Trustee