# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 13-40435-KW | Trustee Name: | Andrew W. Suhar |
|---|---|---|---|
| Case Name: | BARNETT, CARL AUSTIN AND BARNETT, LYNDA KAY | Date Filed (f) or Converted (c): | 03/07/2013 (f) |
| For the Period Ending: | 03/31/2014 | §341(a) Meeting Date: | 04/23/2013 |
| | | Claims Bar Date: | 08/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  5318 Jimtown Road East Palestine, OH 44113 | $125,000.00 | $0.00 | | $0.00 | FA |
| 2  25% interest in 5386 Jimtown Road East Palestine, OH 44113 | $4,000.00 | $4,000.00 | | $0.00 | $4,000.00 |
| 3  Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 4  Citizens Bank-checking | $100.00 | $0.00 | | $0.00 | FA |
| 5  Citizens Bank-savings | $59.00 | $0.00 | | $0.00 | FA |
| 6  Household goods | $500.00 | $0.00 | | $0.00 | FA |
| 7  Clothing | $800.00 | $0.00 | | $0.00 | FA |
| 8  Miscellaneous jewelry | $400.00 | $0.00 | | $0.00 | FA |
| 9  Life Insurance USBA $10,000 no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 10  Life Insurance $5000 no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 11  Ohio PERS pension | $130,000.00 | $0.00 | | $0.00 | FA |
| 12  US Air Force Pension | $150,000.00 | $0.00 | | $0.00 | FA |
| 13  1998 Buick LaSabre | $600.00 | $0.00 | | $0.00 | FA |
| 14  1998 Ford F150 | $1,800.00 | $0.00 | | $0.00 | FA |
| 15  2002 Chrysler | $5,000.00 | $0.00 | | $0.00 | FA |
| 16  Mineral Rights (oil and gas rights) (u) | $50,000.00 | $50,000.00 | | $0.00 | $50,000.00 |
| 17  Settlement funds (u) | $27,195.00 | $27,195.00 | | $0.00 | $27,195.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

| | $495,504.00 | $81,195.00 | | $0.00 | $81,195.00 |

**Major Activities affecting case closing:**

03/31/2014    ASSET NO. 2 - TRUSTEE FILED ADVERSARY PROCEEDING TO SELL THIS ESTATE'S INTEREST IN THE REAL ESTATE ON 4/21/14.

             ASSET NO. 16 - TRUSTEE TO FILE ADVERSARY TO SELL THIS ESTATE'S INTEREST IN THE REAL ESTATE AND MINERAL RIGHTS.

             ASSET NO. 17 - SPECIAL COUNSEL EMPLOYED ON 4/3/2014 WITH REGARD TO THE ADMINISTRATION OF THIS ASSET.

| Case No.: | 13-40435-KW | | Trustee Name: | Andrew W. Suhar |
|---|---|---|---|---|
| Case Name: | BARNETT, CARL AUSTIN AND BARNETT, LYNDA KAY | | Date Filed (f) or Converted (c): | 03/07/2013 (f) |
| For the Period Ending: | 03/31/2014 | | §341(a) Meeting Date: | 04/23/2013 |
| | | | Claims Bar Date: | 08/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Initial Projected Date Of Final Report (TFR): | 03/31/2014 | Current Projected Date Of Final Report (TFR): | 03/31/2015 | /s/ ANDREW W. SUHAR |
|---|---|---|---|---|
| | | | | ANDREW W. SUHAR |