IT IS SO ORDERED.

Dated: January 15, 2017
      04:43:59 AM

Kay Woods
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-40435-KW |
| | ) | |
| LYNDA KAY BARNETT | ) | Judge KAY WOODS |
| CARL AUSTIN BARNETT | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| Debtors | ) | |
| | ) | |
| | ) | |

**ORDER AUTHORIZING SALE OF CERTAIN REAL ESTATE INTEREST OF THIS ESTATE FREE AND CLEAR OF CERTAIN LIENS**

    This matter is before the Court on the motion of the Chapter 7 Trustee for an order authorizing the sale of certain real estate interest of this estate free and clear of certain liens (the "Motion"). Based upon the information contained in the Motion, and for cause shown, the Court finds as follows:

1. The Motion is well taken and same is hereby granted.

2. The Trustee shall be and is hereby authorized to sell this estate's interest in Parcel 1, Parcel 2 and Parcel 3 as described in the Motion to Caraga, Ltd. for the amount of $33,000.00.

**IT IS SO ORDERED.**

**###**

Submitted by:

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No. 0058419
Chapter 7 Trustee