UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-40435-KW |
| | ) | |
| LYNDA KAY BARNETT | ) | JUDGE KAY WOODS |
| CARL AUSTIN BARNETT | ) | |
|     Debtors | ) | CHAPTER 7 |

## NOTICE OF DEFAULT

PLEASE TAKE NOTICE, that the purchaser (Caraga, Ltd.) of the real estate interest set forth in the January 15, 2017 Order Authorizing the Sale of Certain Real Estate Interest of this Estate Free and Clear of Certain Liens (docket no. 67), has tendered the amount of $26,000.00 of the $33,000.00 purchase price. Despite repeated demands, purchaser has failed to pay the balance owed.

Therefore, the undersigned as Chapter 7 Trustee is providing this Notice of Default and providing purchaser with notice of his intent to resell the real estate interest described in the Motion to Sell Certain Real Estate Interest of this Estate Free and Clear of Certain Liens (filed 10/06/2016, docket no. 57) and retain such proceeds or demand such additional proceeds from Caraga, Ltd. to make the estate whole as if the Caraga, Ltd. had performed in paying the purchase price.

Respectfully submitted,

/s/ Andrew W. Suhar
ANDREW W. SUHAR, ESQ. Reg. No.0058419
Chapter 7 Trustee
29 East Front Street, 2nd Floor
P.O. Box 1497
Youngstown, Ohio 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857
E-mail: asuhar@suharlaw.com

# CERTIFICATE OF SERVICE

I HEREBY certify that on this 28th day of March, 2018, a true and correct copy of the **Notice of Carveout** was served:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Office of the United States Trustee at (Registered address)@usdoj.gov

Gordon E. Schmid on behalf of Debtor Carl Austin Barnett
gschmid01@yahoo.com

Gordon E. Schmid on behalf of Debtor Lynda Kay Barnett
gschmid01@yahoo.com

Gilbert B Weisman on behalf of Creditor ECAST SETTLEMENT CORPORATION
NOTICES@BECKET-LEE.COM rent E. Baker on behalf of Creditor State of Ohio, Department of Taxation
BBaker@mnblawyers.com, dgroubert@mnblawyers.com

**Via Regular U.S. Mail, postage prepaid, to:**

| | |
|---|---|
| Larry E. Britton<br>610 10th Street<br>Selinsgrove, PA   17870 | Carol L. Ratkovich<br>6547 Justison Road<br>East Palestine, OH   44413 |
| Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA   19101-7346 |
| Carl Austin Barnett<br>Lynda Kay Barnett<br>5318 Jimtown Road<br>East Palestine, OH   44413 | Internal Revenue Service<br>Insolvency Group 6<br>1240 East Ninth Street, Room 493<br>Cleveland, OH   44199 |
| Ronald Roman<br>22 West Main Street<br>Canfield, OH 44406 | Steve Paffilas, Esq.<br>United States Attorney's Office<br>Carl B. Stokes US Courthouse<br>801 West Superior Avenue<br>Suite 400<br>Cleveland, OH   44113-1852 |
| Caraga, Ltd.<br>221 S. Main Street<br>Poland, OH   44514 | |

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

State of Ohio, Office of the
Attorney General
Collection Enforcement Section
Attn: Bankruptcy Staff
150 E. Gay Street, 21st Floor
Columbus, OH 43215

The Huntington National Bank
Stephen D. Steinour, President/CEO
17 South High Street
Columbus, Ohio 43216

JPMorgan Chase Bank, NA
Diana Farrell, President/CEO
1111 Polaris Parkway
Columbus, Ohio 43240

**And by regular U.S. Mail, postage prepaid to the following creditors that filed claims by the bar date:**

IRS
Kansas City, MO 64999

First National Bank of Omaha
1620 Dodge Street Stop Code 3105
Omaha, NE 68197

Huntington National Bank
PO Box 89424
Cleveland, OH 44101

PYOD, LLC its successors and
Assigns as assignee of Roundup
Funding, LLC – Resurgent Cap Svc
PO Box 19008
Greenville, SC 29602

Seven Seventeen Credit Union
3181 Larchmont Avenue
Warren, OH 44483

PYOD, LLC its successors and
Assigns as assignee of B-Line, LLC
Resurgent Cap Svc
PO Box 19008
Greenville, SC 29602

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH 43216

/s/ Andrew W. Suhar, Esq.
ANDREW W. SUHAR, ESQ. Reg. No.0058419
Chapter 7 Trustee